## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **'21 MJ2743** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8 U.S.C. Section 1324(a)(2)(B)(iii)- |
| Fernando BARAJAS-Munoz, ) | Bringing in Unlawful Alien(s) Without Presentation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about July 7, 2021, within the Southern District of California, Defendant, Fernando BARAJAS-Munoz, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, Francisco MAGANA-Romero, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on June 8th, 2021.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

The complainant states that Francisco MAGANA-Romero is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impractical to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 7, 2021, at approximately 5:31 A.M., Fernando BARAJAS-Munoz (Defendant), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa, California Port of Entry vehicle primary lanes. Defendant was the driver and appeared to be the sole occupant of a maroon and tan Chevrolet C2500 Fleetside truck bearing California license plates. A United States Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) conducting pre-primary inspections, screened Defendant's truck at the primary booth with a Narcotics Human Detecting Dog (NHDD). The NHDD alerted to the interior rear cabin of the truck. The CEO advised Customs and Border Protection (CBP) Officer of the alert. The CBP Officer secured Defendant, who was subsequently escorted to the security office. The truck was driven to secondary for further inspection.

In secondary, CBP Officers removed tools from the rear cabin floor and observed a person concealed. CBP Officers assisted a male from within the cabin of the truck. The male was later identified as Francisco MAGANA-Romero, (Material Witness), a citizen and national of Mexico without legal documents to enter, pass through or reside in the United States. The male is being held as a Material Witness.

A video-recorded interview was conducted with Material Witness. Material Witness stated he is a citizen of Mexico without lawful documents to enter or reside in the United States. Material Witness stated his friend made all the smuggling arrangements and was going to pay $13,000 USD upon successful entry into the United States. Material Witness stated he was going to Los Angeles, California.